April 22, 1968.

No. 645. Jones et ux. *v.* Alfred H. Mayer Co. et al. C. A. 8th Cir. (Certiorari granted, 389 U. S. 968.) Parties requested to advise the Court within ten days what effect, if any, enactment of Civil Rights Act of 1968 has upon this litigation.

No. 673. George Campbell Painting Corp. *v.* Reid et al., Members of New York City Housing Authority, et al. Appeal from Ct. App. N. Y. (Probable jurisdiction noted, *ante,* p. 918.) Motion of appellee Attorney General of New York to remove case from summary calendar granted and twenty additional minutes allotted each side. *Louis J. Lefkowitz,* Attorney General of New York, *pro se,* and *Samuel A. Hirshowitz,* First Assistant Attorney General, on the motion.

No. 742. Maryland et al. *v.* Wirtz, Secretary of Labor, et al. Appeal from D. C. Md. (Probable jurisdiction noted, 389 U. S. 1031.) Motions of American Federation of Labor & Congress of Industrial Organizations, and American Federation of State, County, & Municipal Employees, AFL–CIO, for leave to file briefs, as *amici curiae,* granted. Mr. Justice Marshall took no part in the consideration or decision of these motions. *J. Albert Woll, Laurence Gold* and *Thomas E. Harris* for American Federation of Labor & Congress of Industrial Organizations, and *Henry Kaiser* and *Ronald Rosenberg* for American Federation of State, County, & Municipal Employees, AFL–CIO, on the motions.

No. 1134. Washington et al. *v.* Legrant et al. Appeal from D. C. D. C. (Probable jurisdiction noted, *ante,* p. 940.) Upon suggestion of death of appellee Harrell motion to change caption of case granted. *Peter S. Smith* on the motion.